DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendants
RUMSEY ENTERPRISES, INC.; RUMSEY -
LANG; RUMSEY/LANG WELL DRILLING &
PUMPS, INC.; NICHOLAS RUMSEY, SR.;
NICHOLAS RUMSEY, JR.; and THOMAS LANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLYTHE, and DIANE BLYTHE,<br><br>            Plaintiff,<br><br>v.<br><br>RUMSEY ENTERPRISES, INC.; RUMSEY - LANG, a business entity form unknown; RUMSEY/LANG WELL DRILLING & PUMPS, INC.; NICHOLAS RUMSEY, SR.; NICHOLAS RUMSEY, JR.; THOMAS LANG; and DOES 1 through 50,<br><br>            Defendants.<br><br>RUMSEY ENTERPRISES, INC.; RUMSEY/LANG WELL DRILLING & PUMPS, INC.; NICHOLAS RUMSEY, SR.; NICHOLAS RUMSEY, JR.; THOMAS LANG,<br><br>            Counterclaimants,<br><br>v.<br><br>CHARLES BLYTHE, and DIANE BLYTHE,<br><br>            Counterdefendants. | Case No.  2:06-CV-00373-LKK-DAD<br><br>**STIPULATION OF DISMISSAL (Fed. R. Civ. P. 41(a)(1))** |

813495.2

1

STIPULATON FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY STIPULATED by and between the parties to this action that the above-

2   captioned action be and hereby is dismissed with prejudice, each party to bear their own costs and

3   fees.

4    IT IS SO STIPULATED.

5

6   DATED:  November 29, 2006         DOWNEY BRAND LLP

7

8                                    By:_____/s/ Tory E. Griffin_____

9                                         TORY E. GRIFFIN
                                        Attorney for Defendants and Counterclaimants

10

11   DATED:  November 29, 2006         LAW OFFICES OF JOHN T. STRALEN

12

13                                    By:_____/s/ John T. Stralen_____

14                                        JOHN T. STRALEN
                                        Attorney for Plaintiffs and Counterdefendants

15

16

17

18                                    **ORDER**

19    IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice.

20    IT IS SO ORDERED.

21

22    DATED:  December 1, 2006

23

24

25   LAWRENCE K.  KARLTON
     SENIOR JUDGE
26   UNITED STATES DISTRICT COURT

27

28

STIPULATON FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com